UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BOCANEGRA,

    Plaintiffs,

VS.                                                      CIVIL ACTION NO. 10-13749

HON. GEORGE CARAM STEEH
U.S. DISTRICT JUDGE

MICHAEL STACEY,
FIRST MORTGAGE FUND, INC.,
EXACT TITLE, LLC., and
HUNTINGTON NATIONAL BANK,

    Defendant.
_____/

## ORDER RECOGNIZING BANKRUPTCY STAY AS TO DEBTOR-DEFENDANT

On March 16, 2011, the Court was notified that defendant First Mortgage Fund, Inc. filed a Chapter 7 petition with the United States Bankruptcy Court for the Eastern District of Michigan. The Bankruptcy Code imposes an automatic stay as to the debtor-defendant, to protect such debtor from judicial action to recover a claim against it that arose before the commencement of the bankruptcy case. 11 U.S.C. § 362(a).

IT IS HEREBY ORDERED that the bankruptcy stay prevents further prosecution of the above-captioned case against defendant First Mortgage Fund, Inc. only.

Dated: September 22, 2011

                                            S/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 22, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk